UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ERIC J HOLDEN SR #348510 | CIVIL ACTION NO. 25-cv-406 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| CLERK OF COURT CADDO PARISH | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 4], and having thoroughly reviewed the record, including the written responses filed [Doc. No. 5], and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**MONROE, LOUISIANA**, this 24th day of June, 2025.

_____
Terry A. Doughty
United States District Judge